UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHANNOND ANDERSON,

        Petitioner,

v.                                              Civil Action No.
                                                  9:07-CV-1341 (TJM/GHL)

SUPERINTENDENT,

        Respondent.

_____

**Thomas J. McAvoy, Senior U.S. District Judge**

### DECISION & ORDER

This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

No objections to the Report-Recommendation and Order dated October 21, 2010 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the recommendations of the Report-Recommendation and Order for the reasons stated therein.

It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED and DISMISSED.**

**IT IS SO ORDERED.**

Dated: December 3, 2010

Thomas J. McAvoy
Senior, U.S. District Judge